Allen Edward JACKSON *v.* STATE of Arkansas

725 S.W.2d 573

Supreme Court of Arkansas
Opinion delivered March 16, 1987

*Joel W. Price*, for appellant.

No response.

PER CURIAM. Appellant, Allen Edward Jackson, by his attorney, has filed for a rule on the clerk.

His attorney, Joel W. Price, admits that the notice of appeal was not timely given due to a mistake on his part.

We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. See our Per Curiam opinion dated February 5, 1979, *In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964. A copy of this opinion will be forwarded to the Committee on Professional Conduct.